

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Neal Loeppky,                           * From the 106th District Court
                                          of Gaines County,
                                          Trial Court No. 13-05-16615.

Vs. No. 11-16-00224-CV                  * November 3, 2016

Elizabeth Klassen Loeppky,              * Per Curiam Memorandum Opinion
                                          (Panel consists of: Wright, C.J.,
                                          Willson, J., and Bailey, J.)

This court has considered Neal Loeppky's motion to dismiss the appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Neal Loeppky.